Youssef H. Hammoud, (CA #321934)
(Admitted *pro hac vice*)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Diana Perez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA PEREZ,<br><br>             Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>             Defendant. | Case No.: 2:20-cv-01533-JCM-EJY<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT COMENITY BANK** |

NOTICE IS HEREBY GIVEN that Plaintiff Diana Perez ("Plaintiff") and Defendant Comenity Bank, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to

- 1 -

Defendant Comenity Bank. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

DATED: December 11, 2020

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, (CA #321934)
(Admitted *pro hac vice*)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Diana Perez*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**Price Law Group, APC**
*/s/ Lia Ruggeri*