Youssef H. Hammoud, (CA #321934)
(Admitted *pro hac vice*)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Diana Perez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA PEREZ,<br><br>          Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>          Defendant. | Case No.: 2:20-cv-01533-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMENITY BANK** |

    Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Diana Perez ("Plaintiff") and Defendant Comenity Bank, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Comenity Bank. The parties have further stipulated that each party shall bear their own attorneys' fees and costs.

Respectfully submitted this 7th day of January 2021.

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, (CA #321934)
(Admitted *pro hac vice*)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Diana Perez*

By: */s/ James J. Morrissey*
James J. Morrissey, IL #6305837
(Admitted *pro hac vice*)
**Pilgrim Christakis LLP**
321 N. Clark Street
26th Floor
Chicago, Illinois 60654
T: (312) 280-0441
F: (773) 266-0651
E: jmorrissey@pilgrimchristakis.com

Matthew C. Addison (NSBN 4201)
Sarah A. Ferguson (NSBN 14515)
**MCDONALD CARANO, LLP**
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com
maddison@mcdonaldcarano.com
*Attorneys for Defendant,*
*Comenity Bank*

**IT IS SO ORDERED.**

_____
Hon. James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: January 27, 2021 _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**Price Law Group, APC**
*/s/ Lia Ruggeri*